

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00320-CV

| | | |
|---|---|---|
| RAY FISCHER AND CORPORATE TAX MANAGEMENT, INC. N/K/A RY FISCHER & ASSOCIATES, INC., Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-284212-16) |
| v. | § | October 7, 2021 |
| MARK BOOZER, JERROD RAYMOND, AND CTMI, LLC, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's final judgment. It is ordered that the trial court's final judgment is reversed and we render the following:

1.    Appellant Ray Fischer shall recover from Appellees $990,175.66.

2.    Appellants shall recover from Appellees $450,000 for Appellants' reasonable and necessary attorney's fees for work done at the trial court level.

3.    Appellants shall recover from Appellees $60,000 for Appellants' reasonable and necessary attorney's fees for work done at the Court of Appeals level.

4.   If Appellants prevail in an appeal of this court's judgment to the Texas Supreme Court, they shall additionally recover from Appellees $10,000 for Appellants' reasonable and necessary attorney's fees if a petition for review is filed, and in the event the petition for review is granted by the Texas Supreme Court and Appellants ultimately prevail, Appellants shall recover from Appellees an additional $30,000 for Appellants' reasonable and necessary attorney's fees.

It is further ordered that Appellees shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
   Justice Dana Womack